## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 18-61870-Civ-COOKE/HUNT

SECURITIES AND EXCHANGE COMMISSION,

                    Plaintiff,

v.

ALEXANDER CHARLES WHITE, *et al.*

                    Defendants.

### PLAINTIFF'S NOTICE OF FILING CONSENT OF DEFENDANT PAUL DOUGLAS VANDIVIER AND REQUEST FOR ENTRY OF FINAL JUDGMENT

Plaintiff Securities and Exchange Commission hereby files the attached signed Consent of Defendant Paul Douglas Vandivier ("Vandivier") to Final Judgment and respectfully requests entry of the attached proposed Final Judgment which will resolve the case as to Vandivier.

The Commission's Motion for Default Judgment on Liability Against Co-Defendant Alexander Charles White (DE 21) remains pending.

Dated: June 3, 2019                     Respectfully submitted,

                    By:   **Russell Koonin**
                          Senior Trial Counsel
                          Fla. Bar No. 474479
                          Direct Dial: (305) 982-6385
                          Facsimile (305) 536-4154
                          E-mail: kooninr@sec.gov

                          **Raynette R. Nicoleau**
                          Senior Counsel
                          Fla. Bar No. 278210
                          Direct Dial: (305) 982-6308

Facsimile (305) 536-4146
Email:  nicoleaur@sec.gov

**Shan Chang**
Senior Counsel
S.D. Fla. No.: A5502239
Direct Dial: (305) 982-6319
Facsimile (305) 536-4146
Email:  changsh@sec.gov

Attorneys for Plaintiff
**SECURITIES AND EXCHANGE
COMMISSION**
801 Brickell Avenue, Suite 1800
Miami, Florida 33131
Telephone: (305) 982-6300


## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on June 3, 2019, I mailed the foregoing Motion and the notice of electronic filing by First Class U.S. Mail and email to the following non-CM/ECF participants:

Alexander Charles White, *pro se*
4120 Heritage Ridge
Evans, GA 30809

Paul Douglas Vandivier, *pro se*
12179 Citrus Grove Blvd.
West Palm Beach, FL 33412
dougandcindy@yahoo.com


By*:*  **Russell Koonin**

3